IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendant. | 2:09-cv-01937-GEB-KJM<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendant. | 2:09-cv-01940-MCE-DAD |

        Plaintiff, the United States of America, filed a "Notice of Related Cases" document on July 17, 2009, in which it seeks to have case number 2:09-cv-01940-MCE-DAD related to case number 2:09-cv-1937-GEB-KJM. Plaintiff states the cases are related "because

they arise from the same law enforcement investigation and involve the same parties, transactions, or events, as well as similar questions of fact."

Examination of the cases reveals they are related within the meaning of Local Rule 83-123(a).  Therefore action 2:09-cv-01940-MCE-DAD is reassigned to the judges assigned the earlier filed case.  Henceforth, the caption on documents filed in the reassigned case shall show the initials GEB-KJM.  Further, the parties in the reassigned case are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

Lastly, the Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  September 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge