```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cv-1937 GEB-KJM |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION TO** |
| | ) | **EXTEND STAY AND ORDER** |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 17 | ) | |
| COON CREEK ROAD, HAWKINS BAR, | ) | DATE: May 10, 2010 |
| CALIFORNIA, TRINITY COUNTY, | ) | TIME: 9:00 a.m. |
| APN: 008-760-12, INCLUDING | ) | COURTROOM: 10 |
| ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff United States of America and claimants Byron Pickle (the property owner) and Leung and Betty Chinn (lienholder) request that the stay entered in this case on October 7, 2009, be extended an additional 90 days.

As explained in the Joint Status Report and Request for Stay filed on October 5, 2009, this case, and the related case (<u>U.S. Real Property, 1 Mile Up Hennessey Road, et al</u>., 2:09-cv-1940 GEB-KJM) arose out of an investigation in Trinity County involving claimant Byron Pickle and two relatives, Thomas and James Pickle.  Local law enforcement officers executed a state

1

search warrant at the defendant property and found 54 pounds of
processed marijuana, 364 marijuana plants, approximately $10,000
in cash, and packaging material.  Officers found about 45 pounds
of processed marijuana, approximately $60,000 in cash, packaging
materials, and multiple firearms when they executed a state
search warrant at the Hennessey Road property.

The Trinity County District Attorney has filed state drug
charges against Thomas and James Pickle.  The next status
conference in Trinity County Superior Court is scheduled for
April 28, 2010.  No trial date has been set.

 While it does not appear that any charges will be filed
against claimant Byron Pickle, charges are pending against two
individuals involved with the marijuana found on the defendant
property.  Undoubtedly Thomas and James will assert their Fifth
Amendment rights against self-incrimination if plaintiff attempts
to depose them before their state charges are resolved, thereby
depriving the government of the ability to gather relevant
information from percipient witnesses.

Accordingly, the parties contend that proceeding with this
action at this time has potential adverse affects on the
prosecution of the related-criminal case, on claimant's ability
to prove his claim to the property and to contest the
government's allegations that the property is forfeitable, and on
the government's ability to conduct complete discovery.  For
these reasons, the parties request that this matter be stayed for
a period of 90 days, or until further court order or further
court-approved stipulation by the parties.  At that time the
parties will advise the Court whether a further stay is

necessary.

DATED: April 26, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney


                              By:   /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney
                                    Attorneys for plaintiff
                                    United States of America

DATED: April 26, 2010

                              By:   /s/ Editte Lerman
                                    (As authorized on 4/26/10)
                                    EDITTE LERMAN
                                    Attorney for claimant
                                    Byron Pickle


DATED: April 26, 2010                    LAW OFFICES OF DAVID
                                         MICHAEL

                              By:   /s/ Edward M. Burch
                                    (As authorized on 4/26/10)
                                    EDWARD M. BURCH
                                    Attorneys for claimants
                                    Leung Chinn and Betty K. Chinn

**ORDER**

For the reasons set forth above, this matter is stayed
pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C.
§ 881(i) for 90 days, or until further court order or further
court-approved stipulation by the parties.  The pretrial
scheduling conference is rescheduled for August 23, 2010, at 9:00
a.m.  A joint status report is to be filed fourteen days prior to
the hearing.

Dated:  May 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge