BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cv-1937 GEB-KJM |
| Plaintiff, ) | **JOINT STIPULATION TO EXTEND STAY AND ORDER** |
| v. ) | |
| REAL PROPERTY LOCATED AT 17 ) COON CREEK ROAD, HAWKINS BAR, ) CALIFORNIA, TRINITY COUNTY, ) APN: 008-760-12, INCLUDING ) ALL APPURTENANCES AND ) IMPROVEMENTS THERETO, ) | DATE: August 23, 2010 TIME: 9:00 a.m. COURTROOM: 10 |
| Defendant. ) | |

The plaintiff United States of America and claimants Byron Pickle (the property owner) and Leung and Betty Chinn (lienholders) request that the stay entered in this case on October 7, 2009, be extended an additional 90 days. The parties to this stipulation intend only that discovery be stayed. Nothing in this stipulation is intended to bar the filing of a motion for interlocutory sale by the plaintiff or the lienholders if claimant Pickle defaults in his obligation to the lienholders.

As explained in the Joint Status Report and Request for Stay

1                                    JOINT STIPULATION TO EXTEND
                                     STAY AND ORDER [PROPOSED]

filed on October 5, 2009, this case, and the related case (<u>U.S. Real Property, 1 Mile Up Hennessey Road, et al</u>., 2:09-cv-1940 GEB-KJM) arose out of an investigation in Trinity County involving claimant Byron Pickle and two relatives, Thomas and James Pickle.  Local law enforcement officers executed a state search warrant at the defendant property and found 54 pounds of processed marijuana, 364 marijuana plants, approximately $10,000 in cash, and packaging material.  Officers found about 45 pounds of processed marijuana, approximately $60,000 in cash, packaging materials, and multiple firearms when they executed a state search warrant at the Hennessey Road property.

     The Trinity County District Attorney has filed state drug charges against Thomas and James Pickle.  Thomas Pickle is missing[1] but James Pickle is contesting the charges.  A preliminary hearing is currently scheduled for August 4, 2010, in Trinity County Superior Court.  No trial date has been set.

     While it does not appear that any charges will be filed against claimant Byron Pickle, charges are pending against two individuals involved with the marijuana found on the defendant property.  Undoubtedly James will assert his Fifth Amendment rights against self-incrimination if plaintiff attempts to depose him before the state charges are resolved, thereby depriving the government of the ability to gather relevant information from percipient witnesses.

---

[1]  Thomas Pickle's wife, Erlinda, has been appointed by the Trinity County Superior Court as the conservator of Thomas' estate in light of his disappearance.  Trinity County Case No. 09PRO52.

1    Accordingly, the parties contend that proceeding with this
2 action at this time has potential adverse affects on the
3 prosecution of the related-criminal case, on claimant's ability
4 to prove his claim to the property and to contest the
5 government's allegations that the property is forfeitable, and on
6 the government's ability to conduct complete discovery.  For
7 these reasons, the parties request that this matter be stayed for
8 a period of 90 days, or until further court order or further
9 court-approved stipulation by the parties.  At that time the
10 parties will advise the Court whether a further stay is
11 necessary.

13 DATED: August 3, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

15                                By:  /s/ Kristin S. Door
                                      KRISTIN S. DOOR
16                                    Assistant U.S. Attorney
                                      Attorneys for plaintiff
17                                    United States of America

19 DATED: August 5, 2010
                                  By:  /s/ Editte Lerman
20                                     (As authorized on 8/5/10)
                                       EDITTE LERMAN
21                                     Attorney for claimant
                                       Byron Pickle

23 DATED: August 3, 2010                LAW OFFICES OF DAVID
                                       MICHAEL
24
25                                By:  /s/ Edward M. Burch
                                       (As authorized on 8/3/10 )
26                                     EDWARD M. BURCH
                                       Attorneys for claimants
27                                     Leung Chinn and Betty K. Chinn

                                3                JOINT STIPULATION TO EXTEND
                                                 STAY AND ORDER [PROPOSED]

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for 90 days, or until further court order or further court-approved stipulation by the parties.  The pretrial scheduled conference is rescheduled to November 29, 2010, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  August 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge