1 | BENJAMIN B. WAGNER
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )    2:09-cv-1937 GEB-KJM
                                       )
12 |          Plaintiff,               )    **JOINT STIPULATION FOR**
                                       )    **EXTENSION OF STAY AND ORDER**
13 |     v.                            )
                                       )
14 | REAL PROPERTY LOCATED AT 17       )
COON CREEK ROAD, HAWKINS BAR,         )    DATE: November 29, 2010
15 | CALIFORNIA, TRINITY COUNTY,       )    TIME: 9:00 a.m.
APN: 008-760-12, INCLUDING            )    COURTROOM: 10
16 | ALL APPURTENANCES AND             )
IMPROVEMENTS THERETO,                 )
17 |                                   )
         Defendant.                    )
18 | _____     )

19

20      The plaintiff United States of America and claimants Byron

21 | Pickle (the property owner) and Leung and Betty Chinn

22 | (lienholders) request that the stay first entered in this case on

23 | October 7, 2009, be extended until March 28, 2011.  The parties

24 | to this stipulation intend only that discovery be stayed.

25 | Nothing in this stipulation is intended to bar the filing of a

26 | motion for interlocutory sale by the plaintiff or the lienholders

27 | if claimant Pickle defaults in his obligation to the lienholders.

28      As explained in the Joint Status Report and Request for Stay

1  filed on October 5, 2009, this case, and the related case (<u>U.S.</u>

2  <u>Real Property, 1 Mile Up Hennessey Road, et al</u>., 2:09-cv-1940

3  GEB-KJM) arose out of an investigation in Trinity County

4  involving claimant Byron Pickle and two relatives, Thomas and

5  James Pickle.  Local law enforcement officers executed a state

6  search warrant at the defendant property and found 54 pounds of

7  processed marijuana, 364 marijuana plants, approximately $10,000

8  in cash, and packaging material.  Officers found about 45 pounds

9  of processed marijuana, approximately $60,000 in cash, packaging

10  materials, and multiple firearms when they executed a state

11  search warrant at the Hennessey Road property.

12      The Trinity County District Attorney has filed state drug

13  charges against Thomas and James Pickle.   Thomas Pickle is

14  missing[1] but James Pickle is contesting the charges.  James

15  Pickle has now been arraigned on an information charging him with

16  cultivation of marijuana, and possession of marijuana for sale,

17  and a pretrial conference is now scheduled for January 5, 2011.

18  No trial date has been set.

19      While it does not appear that any charges will be filed

20  against claimant Byron Pickle, charges are pending against two

21  individuals involved with the marijuana found on the defendant

22  property.  Undoubtedly James will assert his Fifth Amendment

23  rights against self-incrimination if plaintiff attempts to depose

24  him before the state charges are resolved, thereby depriving the

25

26

27      [1]  Thomas Pickle's wife, Erlinda, has been appointed by the
    Trinity County Superior Court as the conservator of Thomas'
    estate in light of his disappearance.  Trinity County Case No.

28  09PRO52.

1  government of the ability to gather relevant information from

2  percipient witnesses.

3       Accordingly, the parties contend that proceeding with this

4  action at this time has potential adverse affects on the

5  prosecution of the related-criminal case, on claimant's ability

6  to prove his claim to the property and to contest the

7  government's allegations that the property is forfeitable, and on

8  the government's ability to conduct complete discovery.  For

9  these reasons, the parties request that this matter be stayed

10 until March 28, 2011$^2$, or until further court order or further

11 court-approved stipulation by the parties.  The parties will file

12 a status report on or before March 14, 2011, advising the Court

13 whether a further stay is necessary.

14

15 DATED: November 9, 2010              BENJAMIN B. WAGNER
                                       United States Attorney
16

17                                By:  /s/ Kristin S. Door
                                       KRISTIN S. DOOR
18                                     Assistant U.S. Attorney
                                       Attorneys for plaintiff
19                                     United States of America

20

21 DATED: November 12, 2010
                                  By:  /s/ Editte Lerman
22                                     (As authorized on 11/12/10)
                                       EDITTE LERMAN
23                                     Attorney for claimant
                                       Byron Pickle

24

25

26

27 _____

28      $^2$  The related case is also stayed until March 28, 2011, and
   the parties suggest that both cases be on the same schedule.

                    3              JOINT STIPULATION FOR EXTENSION
                                   OF STAY AND ORDER [PROPOSED]

1  DATED: November 15, 2010               LAW OFFICES OF DAVID
                                          MICHAEL
2

3                                  By:   /s/ Edward M. Burch
                                         (As authorized on 11/15/10)
4                                        EDWARD M. BURCH
                                         Attorneys for claimants
5                                        Leung Chinn and Betty K. Chinn

6

7                                **ORDER**

8        For the reasons set forth above, this matter is stayed

9   pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C.

10  § 881(i) until March 28, 2011, or until further court order or

11  further court-approved stipulation by the parties.  The pretrial

12  scheduling conference is rescheduled to March 28, 2011, at 9:00

13  a.m.  A joint status report is to be filed fourteen days prior to

14  the hearing.

15

16  IT IS SO ORDERED.

17  Dated:  November 15, 2010

18

19  _____
    GARLAND E. BURRELL, JR.
20  United States District Judge

21

22

23

24

25

26

27

28

                         4                 JOINT STIPULATION FOR EXTENSION
                                           OF STAY AND ORDER [PROPOSED]