BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA, TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>          Defendant. | 2:09-CV-01937-GEB-GGH<br><br>STIPULATION AND ORDER TO CONTINUE HEARINGS FOR MOTION TO COMPEL SALE OF DEFENDANT REAL PROPERTY AND MOTION TO QUASH SEARCH WARRANT TO SUPPRESS EVIDENCE |

    IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for claimant Byron Pickle, Editte Lerman, that:

    1.   The hearing for the Motion to Compel Sale of Defendant Real Property and the hearing for the Motion to Quash Search Warrant to Suppress Evidence and to Dismiss, which are currently set for September 12, 2011 at 9:00 a.m., with the Court's approval, be continued to October 24, 2011 at 9:00 a.m.

2. Pursuant to Rule G(6)(c), plaintiff need not respond to a claimant's motion to dismiss the action until 21 days after the claimant has answered the propounded special interrogatories. Plaintiff served special interrogatories on claimant Byron Pickle on July 21, 2011 and the responses were due on August 15, 2011. If claimant Byron Pickle responds to plaintiff's special interrogatories by September 19, 2011, plaintiff will file an opposition to the motion with the Court on or before October 10, 2011.  If responses are not received or received after September 19, 2011, plaintiff will file an opposition 21 days after receipt of the responses, which may cause the hearing to be continued again.

Dated: 8/17/11

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/17/11

By: /s/ Editte Lerman
EDITTE LERMAN
Attorney for Claimant
Byron Pickle

Dated: 8/17/11

By: /s/ Edward M. Burch
EDWARD M. BURCH
Attorney for Claimants
Leung and Betty K. Chinn

(Original signatures retained by attorney)

IT IS SO ORDERED.

Dated: August 19, 2011

GARLAND E. BURRELL, JR.
United States District Judge