IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Real Property Located at 17 Coon Creek Road, Hawkins Bar, California, APN: 008-760-12,<br><br>        Defendant,<br>_____<br><br>Leung Chinn, Betty K. Chinn, Byron Pickle,<br><br>        Claimants, | 2:09-cv-1937-GEB-DAD<br><br>ORDER DENYING CLAIMANT BYRON PICKLE'S MOTION TO RECONSIDER[*] |

      Claimant Byron Pickle ("Pickle") moves in this *in rem* forfeiture action for reconsideration of the December 21, 2011 Order. This order granted the government's motion to strike Pickle's claim and answer since Pickle had not responded to the government's special interrogatories, and denied Pickle's motion to stay the forfeiture proceedings.

      "A motion for reconsideration should not be granted, . . . unless the . . . court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009) (citation omitted).

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Pickle advances arguments in his motion for reconsideration that were either raised earlier or could have been raised earlier. "A party seeking reconsideration must show more than a disagreement with the . . . decision, and recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden." <u>United States v. Westlands Water Dist.</u>, 134 F. Supp. 2d 1111, 1131 (E.D. Cal. 2001) (internal quotation and citation omitted). Further, a party "may not . . . raise arguments . . . for the first time [in a motion for reconsideration] when they could reasonably have been raised earlier in the litigation." <u>Marlyn Nutraceuticals</u>, 571 F.3d at 880 (citation omitted). Therefore, Pickle has not shown that reconsideration of the December 21, 2011 Order is warranted and the motion is DENIED.

Dated: March 14, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge