**EDWARD M. BURCH CSBN 255470**
**DAVID M. MICHAEL, CSBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
**101 California Street, Suite 2450**
**San Francisco, CA 94111**
**Telephone:    (415) 946-8996**
**Facsimile:    (877) 767-3821**
**E-mail:        edward@davidmichaellaw.com**

**Attorneys for Claimants**
**LEUNG CHINN and BETTY K. CHINN**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|        Plaintiff, | **No. 2:09-cv-01937 GEB DAD** |
| v. | **CHINN CLAIMANTS' NOTICE OF WITHDRAWAL OF FORFEITURE CLAIM** |
| REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA, TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES THERETO, | |
|        Defendant. | |
| _____/ | |
| LEUNG CHINN and BETTY K. CHINN, | |
|        Claimants. | |
| _____/ | |

TO THE ABOVE ENTITLED COURT, THE UNITED STATES' ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA, AND ALL OTHER INTERESTED PARTIES:

      PLEASE TAKE NOTICE THAT Claimants Leung Chinn and Betty K. Chinn, by and through counsel, hereby withdraw their VERIFIED CLAIM OF LEUNG CHINN and BETTY K. CHINN OPPOSING FORFEITURE (Doc. # 12, filed 08/20/2009):

# WITHDRAWAL OF CLAIM

In accordance with the agreement reached between my counsel and plaintiff's counsel as outlined in Doc. # 64-2 at p. 2 ¶¶ 4-5, I consent to the withdrawal of my claim to the above identified defendant property, filed on or about August 20, 2009. *See* Doc. # 12.

Dated: 19 March 2012

_/s/Leung Chinn_____
LEUNG CHINN

In accordance with the agreement reached between my counsel and plaintiff's counsel as outlined in Doc. # 64-2 at p. 2 ¶¶ 4-5, I consent to the withdrawal of my claim to the above identified defendant property, filed on or about August 20, 2009. *See* Doc. # 12.

Dated: 19 March 2012

_/s/Betty K. Chinn_____
BETTY K. CHINN

Respectfully Submitted,

Dated: 21 March 2012

_/s/Edward M. Burch_____
EDWARD M. BURCH
Attorney for Leung and Betty Chinn

## <u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that, on 21 March 2012, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**AUSA Kevin C. Khasigian**
United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814
Kevin.Khasigian@usdoj.gov

**Editte D. Lerman**
Law Office of E.D. Lerman
695 South Dora Street
Ukiah, CA 95482
edie@lawyer.com

**J. David Nick**
Law Office of J. David Nick
345 Franklin Street
San Francisco, CA 94102
jdavidnick@lawyer.com

/s/*Edward M. Burch*
EDWARD M. BURCH