IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-01937-GEB-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA, TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | FINDINGS AND RECOMMENDATIONS |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the undersigned on April 13, 2012, for hearing of the United States' motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant real property nor was there any opposition filed to the motion of the United States.

Based on the United States' motion and the files and records of the court, the undersigned finds as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 16, 2009.

/////

1

2.   The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimant Byron Pickle.

3.   The United States has shown that a complaint for forfeiture was filed; that potential claimant Byron Pickle received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1.   That Byron Pickle be held in default;

2.   That the United States' motion for default judgment and final judgment of forfeiture be granted;

3.   That a judgment by default be entered against any right, title, or interest of potential claimant Byron Pickle in the defendant real property referenced in the above caption;

4.   That a final judgment be entered, forfeiting all right, title, and interest in the defendant real property to the United States, to be disposed of according to law;

5.   That upon the sale of the defendant real property, plaintiff United States agrees to pay $3,250.00 in attorney fees to Claimants Leung and Betty K. Chinn, through their attorney Edward M. Burch; and

6.   That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the assigned District Judge and filed by the Clerk of the Court.

These findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after this order is electronically filed and served on all parties, any party may file and serve written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to objections shall be filed and served within seven (7) days after the objections are served.  The parties are cautioned that failure to file objections within the specified time may, under certain

/////

/////

2

circumstances, waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951

F.2d 1153 (9th Cir. 1991).

DATED: April 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil
usvrealproperty1937.mdj.f&rs