IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA, TRINITY COUNTY, APN: 008-760-12, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:09-CV-01937-GEB-DAD<br><br><br><br>ORDER |

       The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

       On April 16, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections were to be filed within fourteen days after the filing of the findings and recommendations. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 16, 2012 (Doc. No. 67) are adopted in full;

2. Byron Pickle is held in default;

3. The United States' motion for default judgment and final judgment of forfeiture is granted;

4. A judgment by default is entered against any right, title, or interest of potential claimant Byron Pickle in the defendant real property referenced in the above caption;

5. A final judgment is entered, forfeiting all right, title, and interest in the defendant real property to the United States, to be disposed of according to law;

6. Upon the sale of the defendant real property, plaintiff United States agrees to pay $3,250.00 in attorney fees to Claimants Leung and Betty K. Chinn, through their attorney Edward M. Burch; and

7. The Default Judgment and Final Judgment of Forfeiture lodged herein is signed by the undersigned District Judge and filed by the Clerk of the Court.

Dated:   June 15, 2012

GARLAND E. BURRELL, JR.
United States District Judge