IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | 2:09-cv-1937-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING APPLICATION TO |
| | ) | APPEAL IN FORMA PAUPERIS |
| Real Property Located at 17 Coon Creek Road, Hawkins Bar, California, APN: 008-760-12, | ) ) ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| Byron Pickle, | ) | |
| | ) | |
| Claimant, | ) | |

      Claimant Byron Pickle ("Pickle") filed a Notice of Appeal in this *in rem* forfeiture action of this Court's June 18, 2012 Order, which granted the government's motion for default judgment against Pickle and entered a final judgment of forfeiture of the defendant property. Pickle now seeks an order granting him permission to proceed on appeal *in forma pauperis*. (ECF No. 71.)

      A party may seek leave from the district court to proceed *in forma pauperis* on appeal under Federal Rule of Appellate Procedure ("Rule") 24 and 28 U.S.C. § 1915, when he or she is financially unable to pay the costs associated with the appeal. The requesting party must file a motion in the district court, accompanied by an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the

party intends to present on appeal." Fed. R. App. P. 24(a)(1). "A prisoner seeking to . . . appeal a judgment . . . without prepayment of fees or security therefor . . . shall [also] submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal." 28 U.S.C. § 1915(a)(2).

Since Pickle has not complied with the requirements of Rule 24 or 28 U.S.C. § 1915, his request to appeal *in forma pauperis* is denied.

Dated:  July 19, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge