1

2

3            IN THE UNITED STATES DISTRICT COURT

4          FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6  United States of America,          )
                                       )    2:09-cv-1937-GEB-DAD
7                Plaintiff,            )
                                       )
8         v.                           )    ORDER DENYING APPLICATION TO
                                       )    APPEAL IN FORMA PAUPERIS
9  Real Property Located at 17 Coon    )
   Creek Road, Hawkins Bar,            )
10 California, APN: 008-760-12,        )
                                       )
11               Defendant,            )
   _____ )
12                                     )
   Byron Pickle,                       )
13                                     )
                 Claimant,             )
14 ─────────────────────────────       )

15         Claimant Byron Pickle ("Pickle") filed a Notice of Appeal in

16 this *in rem* forfeiture action of this Court's June 18, 2012 Order, which

17 granted the government's motion for default judgment against Pickle and

18 entered a final judgment of forfeiture of the defendant property. Pickle

19 now seeks an order granting him permission to proceed on appeal *in forma*

20 *pauperis*. (ECF No. 71.)

21         A party may seek leave from the district court to proceed *in*

22 *forma pauperis* on appeal under Federal Rule of Appellate Procedure

23 ("Rule") 24 and 28 U.S.C. § 1915, when he or she is financially unable

24 to pay the costs associated with the appeal. The requesting party must

25 file a motion in the district court, accompanied by an affidavit that:

26 "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms

27 the party's inability to pay or to give security for fees and costs; (B)

28 claims an entitlement to redress; and (C) states the issues that the

                                    1

party intends to present on appeal." Fed. R. App. P. 24(a)(1). "A prisoner seeking to . . . appeal a judgment . . . without prepayment of fees or security therefor . . . shall [also] submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal." 28 U.S.C. § 1915(a)(2).

Since Pickle has not complied with the requirements of Rule 24 or 28 U.S.C. § 1915, his request to appeal *in forma pauperis* is denied.

Dated:  July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge