UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff - Appellee,<br><br>BRYON PICKLE,<br><br>          Claimant - Appellant,<br><br> and<br><br>LEUNG CHINN and BETTY K. CHINN,<br><br>          Claimants,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 17 COON CREEK ROAD, HAWKINS BAR, CALIFORNIA, APN 008-760-12, Trinity County, including all appurtances and inmprovements thereto,<br><br>          Defendant. | No. 12-16590<br><br>D.C. No. 2:09-cv-01937-GEB-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

A review of the file in this case reveals that counsel has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated October 10, 2012. Counsel for appellant is directed to notify immediately his/her client in writing regarding this dismissal.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk